DANIEL HENDERSON *v.* HENDERSON'S AUTO
BODY, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 905 (AC 24883), is dismissed.

*Daniel Henderson,* pro se, in support of the petition.

Decided September 22, 2004

STATE OF CONNECTICUT *v.* DOUGLAS DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 505 (AC 23864), is denied.

*Michael L. Moscowitz,* special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided September 22, 2004

STATE OF CONNECTICUT *v.* WILLIAM H. DORISS

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 542 (AC 23941), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided September 22, 2004